UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

COLLEEN WATERMAN,  :
    Plaintiff,  :
      :
  v.  :   No. 25-cv-2908
      :
PAYCHEX, INC.,  :
    Defendant.  :
_____

# O R D E R

**AND NOW**, this 22nd day of October, 2025, upon consideration of Defendant's Motion to Dismiss, filed July 1, 2025, *see* ECF No. 9; Plaintiff's Response in Opposition, filed July 15, 2025, *see* ECF No. 19; and of Defendant's Reply in Further Support of its Motion to Dismiss, filed July 22, 2025, *see* ECF No. 20; **IT IS ORDERED THAT**:

1. Defendant's Motion to Dismiss, is **GRANTED**.

2. The Complaint, ECF No. 1, is **DISMISSED without prejudice**.

3. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint.

4. If Plaintiff fails to timely file an amended complaint, the complaint may be dismissed with prejudice for lack of subject matter jurisdiction or for failure to prosecute.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge